Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ERIC HORNBUCKLE,**

    **Plaintiff,**

**vs.**

**LEAD CASE NO.: 1:06-CV-035-SPM**

**CONSOLIDATED CASE NOS.:**
**1:06-CV-036-SPM**
**1:06-CV-037-SPM**
**1:06-CV-038-SPM**

**ROBERT LEE WOODS and**
**SWIFT TRANSPORTATION,**
**INC.,**

    **Defendants.**
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes *sua sponte* before the Court. Pursuant to Federal Rule of Civil Procedure 42(a), a court may consolidate actions "involving a common question of law or fact." These four cases center around an automobile accident in which the defendant driver allegedly rear-ended plaintiff Eric Hornbuckle's car (in which he was transporting Lorissa Hornbuckle, a minor), which in turn struck plaintiff Leona Hornbuckle's car (in which she was transporting Christopher Hornbuckle, a minor). The defendants are the same in all cases. In case 1:06-cv-035-SPM, Eric Hornbuckle sues on his own behalf. In

cases 1:06-cv-036-SPM and 1:06-cv-037-SPM, Eric Hornbuckle sues as parent and guardian of minors Lorissa and Christopher, respectively. Finally, in case 1:06-cv-038-SPM, Leona Hornbuckle sues on her own behalf.

The Court finds that the goal of judicial economy will be best served by consolidating all four cases. *See* Hargett v. Valley Federal Sav. Bank, 60 F.3d 754, 766 (11th Cir. 1995). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Case numbers 1:06-cv-035-SPM, 1:06-cv-036-SPM, 1:06-cv-037-SPM, and 1:06-cv-038-SPM are hereby *consolidated*.

3. Case number **1:06-cv-035-SPM** is the lead case. The parties shall file all further documents in case number **1:06-cv-035-SPM** .

**DONE AND ORDERED** this twenty-second day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao