IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ERIC HORNBUCKLE,**

    **Plaintiff,**

vs.

    **LEAD CASE NO.: 1:06-CV-035-SPM**

    **CONSOLIDATED CASE NOS.:**
    **1:06-CV-036-SPM**
    **1:06-CV-037-SPM**
    **1:06-CV-038-SPM**

**ROBERT LEE WOODS and**
**SWIFT TRANSPORTATION,**
**INC.,**

    **Defendants.**
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes *sua sponte* before the Court.  Pursuant to Federal Rule of Civil Procedure 42(a), a court may consolidate actions "involving a common question of law or fact."  These four cases center around an automobile accident in which the defendant driver allegedly rear-ended plaintiff Eric Hornbuckle's car (in which he was transporting Lorissa Hornbuckle, a minor), which in turn struck plaintiff Leona Hornbuckle's car (in which she was transporting Christopher Hornbuckle, a minor).  The defendants are the same in all cases.  In case 1:06-cv-035-SPM, Eric Hornbuckle sues on his own behalf.  In

cases 1:06-cv-036-SPM and 1:06-cv-037-SPM, Eric Hornbuckle sues as parent and guardian of minors Lorissa and Christopher, respectively.  Finally, in case 1:06-cv-038-SPM, Leona Hornbuckle sues on her own behalf.

The Court finds that the goal of judicial economy will be best served by consolidating all four cases.  See Hargett v. Valley Federal Sav. Bank, 60 F.3d 754, 766 (11th Cir. 1995).  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Case numbers 1:06-cv-035-SPM, 1:06-cv-036-SPM, 1:06-cv-037-SPM, and 1:06-cv-038-SPM are hereby *consolidated*.

3. Case number **1:06-cv-035-SPM** is the lead case.  The parties shall file all further documents in case number **1:06-cv-035-SPM** .

**DONE AND ORDERED** this twenty-second day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao